# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

McKay, Parnell Ledell                ,

Inmate ID Number: M-64471            ,

_____

*(Write the full name and inmate ID
number of the Plaintiff.)*



PROVIDED TO
SANTA ROSA CI ON
JUN 1 6 2025
FOR MAILING BY

**Case No.:** 3:25cv861- MW-ZCB
*(To be filled in by the Clerk's Office)*

**v.**

L.T. Lantler, L.pl. Norris        ,

S.A.T. L.h. Stafford              ,

~~xxxx~~ ~~xxxx~~ L.T. Schenzle.

*(Write the full name of each
Defendant who is being sued. If the
names of all the Defendants cannot
fit in the space above, please write
"see attached" in the space and
attach an additional page with the
full list of names. Do not include
addresses here.)*

See Attachments                /

**Jury Trial Requested?**
☑ **YES**   ☐ **NO**

FILED USDC FLND PN
JUN 20 '25 AM 10:57

C/o Res officer Ramrea Indivisual Capacity
mental Health Counselor mrs. Harris Indivisual Capacity
C/O John Doe Indivisual Capacity
C/O John Doe Indivisual Capacity
C/O John Doe Indivisual Capacity
Extraction team #1 Indivisual Capacity
Extraction team #2 Indivisual Capacity
Extraction team #3 Indivisual Capacity
Extraction team #4 Indivisual Capacity
Extraction team #5 Indivisual Capacity
warden R. Quinn / Dove Indivisual Capacity
Doctor Main unit Jane Doe Indivisual Capacity
Major Adam Indivisual Capacity

1 A

# I. PARTIES TO THIS COMPLAINT

## A. Plaintiff

Plaintiff's Name: MaKay Parnell ID Number: M-64491

List all other names by which you have been known: NONE

Current Institution: Santa Rosa Corr. Inst. main unit

Address: 5850 East Milton Road

Milton Florida 32583

## B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: ~~M~~. Lpt. Norris

   Official Position: Lpt.

   Employed at: Santa Rosa Main unit Corr. Inst.

   Mailing Address: 5850 East Milton Road

   Milton, FL 32583

   ☑ Sued in Individual Capacity    ☐ Sued in Official Capacity

2. Defendant's Name: ~~Mrs.~~ Mrs. Harris

Official Position: ~~~~ Mental Health Counselor

Employed at: Santa Rosa Corr. Inst. Main unit

Mailing Address: 5850 East Milton Road

Milton Fl

☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

3. Defendant's Name: John Doe

Official Position: Rec officer Lawrea man

Employed at: ~~~~ Santa Rosa Corr. Inst. main unit

Mailing Address: 5850 East Milton Road

Milton, FL 32583

☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

## Introduction

This is a civil Rights Action filed by Parnell M<sup>c</sup>Kay a state Prisoner, for damages and Injunctive relief under 42 U.S.A. § 1983, alleging Excessive use of force and Deliberate Indifference to the Eighth Amendment and 14th Amendment to the United States Constitution.

## Jurisdiction

The court has Jurisdiction over Plaintiffs claims of violations of federal constitutional Rights under 42 U.S.C. §§ 1331(1) and 1343.

## Parties

The Plaintiff, Parnell M<sup>c</sup>Kay, was Incarcerated at Santa Rosa Corr. Inst. Main unit, during The events described in this complaint.

Cpt. Norris, L.T Schemzle, L.T Cantler, S&T L.L. Stafford, Rec Officer Lamreaman, mental Health Counselor Mrs. Harris, C/O John Doe, C/O John Doe, C/O John Doe, Extraction team #1, Extraction team #2, Extraction team #3, Extraction team #4, Extraction team #5, Doctor Main unit, Warden R. Quinn, S. Dove, Major Adams.

Doctor Jane Doe Main unit, responciable for Designated Medical duties on 6/12/25 is sued in Their Individual capacity.

Defendants Jackson, Supervising correctional Major In charge of Security 5/13/25 is sued in Their Individual capacity.

3 A

Defendant R. Quinn Warden, S Dove, is the Wardens of Santa Rosa Corr. Inst. Main Unit. And is responsible and in Charge of Supervision and Discipline of all Correctional staff At Santa Rosa Main unit. He is sued in his Indivisual and Offical Capacity.

All defendants have Acted and Continue to Act, under color of State law at times Relevant to this Complaint.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)          ☐ State/Local Officials *(§ 1983 case)*

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee                     ☐ Civilly Committed Detainee

☑ Convicted State Prisoner          ☐ Convicted Federal Prisoner

☐ Immigration Detainee              ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how ***each*** Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

(1) Plaintiff Lintend on 5/13/25 Sgt. L.L. Stafford In Retaliation to a Staff Assault I Recieved Here a Santa Rosa in July 19/2024 and to Previous Grievance's. I was taggeted today By Sgt.T. L.L. Stafford.

(2) Not only did He lie and unRighteously had me placed on Property Restricitions, AS He placed me Back in my Lell He Assaulted me through the Lufking Port of the Door as, I tried to Loive up my Hand Restraints Lamrea Video Lan Latch this Incident During the 9:30 am - 10:30 am Hour.

(3) He also during this Same Incident was speaking oBscence Language when dealing with an Inmate under the Departments Supervision. I need to be Removed From this Hostile Enviornment at Santa Rosa.

(4) Before Retaliation Lontinues to occur to me. I Would like to Let off LM Without Any More Incidents and Being Here where, I Recieved a Staff Assault is not going to Help me. Sgt.T. LL Stafford Need to be Punished For the InFractions He Lommitted today oF Assaulting Me and Lursing Me out, that is very un ProFessional. Approved Grievance on 5/14/25 Log# 119-2505-0516

**Statement of Facts Continued** *(Page____ of____ )*

(1) L.T. hartler arrived on 5/13/25 at my cell front asking to get the Hand Restaints back, i bent down to hand her the Restaint back Sgt. LL Stafford punched Me in My Mouth through the hand cuffing Portal Again.

(2) L.T. hartler Actions in Failure to stop, intervene, or prevent the Malicious and Sadistic beating of Plaintiff without need, Provocation, or Penological justification constitute Deliberate violation of the 8th U.S. constitution, Because (hartler) was in a Position to stop the Assault and Battery to Plaintiff person on 5/13/25 Between 9:30am - 10:30am and didn't.

(3) L.T. hartler then order me to stripped and i was taken to shower, By John Doe officer...

4. Lpt. Norris call Mental Health counselor Mrs Harris to do a Phych check for self Harm with i cut My left Arm and was Bleeding Bad with she Refuse me Phych treatment, Im a(S-2) inmate with several diagnosed mental impairments who Succombs to severe and Proloned spell of anxity, depression over this incident.

(5) L.T. Schemzle, Lpt. Norris returned with ~~was~~, and final order me to submit to hand Restraints Plaintiff refused he was sprayed several times with Chemical Agents.

(6) Plaintiff ASK to submit to hand Restraints to purposes of a decontamination Shower, This was done to Force (3) Can of Chemical agents on Plaintiff for the Soul purpose to subject him to pain, embarrarsment, and humiliation.

(7) ~~Etraction~~ Extraction team #1 Lpt. Norris, LT schemzle directed was assembled to remove Plaintiff for a decontamination Shower. Extraction team #2 Extraction team #3 Extraction #4 Extraction #5 Plaintiff has been victim of Excessive force By way of Criminal Assault and Battery with Force Chemical Agents without need Provocation or Penological justification as well as Forced Assault and Battery to Plaintiff's persons while he was already Subduded he was beaten with Restraints in the Face, Head, Back, neck areas, unto he loss Consciousness and Awaken inside the Prison E.R.

(8) Plaintiff Asserts that its numbera1 officers haming Stating that he should not have Came back to Santa Rosa Corr. Inst. this is where he will die and wont See his release nedt year.

9. (Doctor) Plaintiff Report that he was Beat so Bad that he was peeing out Blood she stated to Plaintiff that you would Be fine, Stop Assault the Staff Here at Santa Rosa...

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States
have been violated. Be specific. If more than one claim is asserted, number
each separate claim and relate it to the facts alleged in Section IV. If more than
one Defendant is named, indicate which claim is presented against which
Defendant.

8th USC Cruel and unusual Punishment, excessive Force, 8th USC
delibrate indifference Failure to intervene, 14th USC due Process
Violation, and 1st usc Freedom of Speech access to courts and
grievance redress, Retaliation, Also Violating ch33-602.210 ch33-
208.002 (1)(c) and ch33-601 800, and ch 33-601.304

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal
arguments or cite to cases/ statutes. If requesting money damages *(either
actual or punitive damages)*, include the amount sought and explain the basis
for the claims.

(1) Issue ordering the Acts and Omissions of the defendant's have
Violated the rights and stating the duties with respect to those
rights under the 8th usc cruel and unusal punishment, delibeate
indifference Failure to intervene, 1st Amendment, grievance, and
access to Courts.

Continue Page 7 of V. Statement of Claim

8th Amendment Violation excessive use of force Cruel and unusual punishment.

8th Amendment Violation failure to intervene non-feasan

1st Amendment Violation access to both grievance redress and redress to the Courts. 3 Retaliations.

14th Amendment Violation due process and equal protection.

On 5/13/25 Plaintiff were deprived of the following Constitutional rights under the color of state law based on the acts and omissions of the named Defendants in this Complaint under 42 U.S.C. § 1983 between time 8:00am - 3pm

1. Plaintiff were sprayed with Chemical agents repeatedly to wit he was deprived the chance to submit to hand restraints for purposes of a decontamination Shower. This was done to force 3. Cans of Chemical agents on the Plaintiff for the Soul purpose to subject him to pain, embarrasment, and humiliation.

2. Plaintiff was prolonged to Stew in gassed Covered room before allowed a decontamination show. Then Plaintiff was forced to the Shower Cell floor to wit he was beaten in the face, head, back, and, neck, area, with hand restraints as weapons while he was in fully restraint no long, Causing a problem, nor was he Combative resisting, or Causing a threat to any one.

3. Plaintiff was beaten into to he he was knocked unconscious and the other officers John Doe's defendant were in position to Stop, prevent, or intervene with the Chemical agents assault with Chemical agents but did not, as well as the beating to the Plaintiff persons to wit he Substained injuries such as his eyes are Swollowen Shut both right and left eyes his back, Neck, and head is in Severe pain and it has Caused Sleep deprivation anixety and depression.

The failure to protect when it became knowledge able that Ch 33-602.210, and Ch33 208.002 ( ) ( ) were being violated

Confine Page 8. V. Statement of Claims

14th Amendment Violation for depriving Plaintiff of human basic necessities such as soap, toilet paper, tooth paste tooth brush and both state and personal property. For prolonged periods of time with out need, provocation or penological justification Violates well established law and procedures see Ch 33-601.800, and Ch 33-601.304 and no inmate shall be without a matress, and something to cover himself with at all times, if not a written reason shall be documented.

VI· Relief Requested Continue Page·

(B)    award Plaintiff, Compensation for the injuries he suffered, the pain and permanent injuries to his head, and eyes, because of dizziness, and Plaintiff seek spots in his vision now due to the beaten he obtained from the defendants· Plaintiff is an 3I 5th inmate with severe depression and anxity problem and due to this un justifiable beating cause Plaintiff to be mentally challenged because the anxity of Other officers seeking to take Plaintiffs life or Cause harm to him.

Plaintiff seeks for defendants jointly and severely in the amount as yet to be deduced from the evidence, but in no event less than the amount of $100,000 Punitive damages.

(C)    Any other Relief this Court deems just and proper

(D)    Trial by jury on all Claims herein all Parties are hereby given notice pursuant to Fed. R. Civ. P. 38 (a)-(c).

Name Darnell Ledell McKay    Dc M64771

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII.  PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☑ YES  ☐ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date: 11/21/24       Case #: 3:23-cv-24180-LA-ZCB

   Court: US. District Court Northern District

   Reason: Defendant's Motion For Summary Judgement (Doc 47) Granted.

2. Date: _____       Case #: _____

   Court: _____

   Reason: _____

3. Date: _____       Case #: _____

   Court: _____

   Reason: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in ***state or federal court*** dealing
with the same facts or issue involved in this case?

□ YES ☑ NO

If "Yes," identify the case number, parties, date filed, result (*if not still
pending*), name of judge, and court for each case (*if more than one*):

1. Case #:_____ Parties: _____

    Court:_____Judge: _____

    Date Filed:_____Dismissal Date (*if not pending*): _____

    Reason: _____

2. Case #:_____ Parties: _____

    Court:_____Judge: _____

    Date Filed:_____Dismissal Date (*if not pending*): _____

    Reason: _____

*(If necessary, list additional cases on an attached page)*

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in
***state or federal court*** either challenging your conviction or relating to
the conditions of your confinement?

□ YES ☑ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

2. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

3. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

4. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

5. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

6. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

   (***Attach additional pages as necessary to list all cases.***)

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there

is any change to my mailing address and that my failure to do so may result

in a dismissal of the action.

Date: 6/16/25   Plaintiff's Signature: _____

Printed Name of Plaintiff: Parnell Ledell McKay

Correctional Institution: Santa Rosa Corr. Inst. main/unit

Address: 5850 East Road milton

    Milton FL 32583

I certify and declare, under penalty of perjury, that this complaint was

(*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in

the prison's mail system for mailing on the __16__ day of June, 2025.

Signature of Incarcerated Plaintiff: _____

Parnell L. McKay #M-64474
5850 East Milton Road
Milton, FL 3258
Santa Rosa Correctional Institutions

Pensacola FL 325
WED 18 JUN 2025 PM

JUN 20 2025

United States District Court
2 N. PalaFox Street
Pensacola, FL 32502