IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PARNELL LEDELL MCKAY,

    *Plaintiff*,

v.                                      Case No.: 3:25cv861-MW/ZCB

LT. LANTLER, et al.,

    *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** under this Court's inherent authority to manage its docket and enforce the Local Rules, based on Plaintiff's failure to truthfully disclose his litigation history." The Clerk shall close the file.

**SO ORDERED on December 11, 2025.**

                                                    s/Mark E. Walker         
                                                    **United States District Judge**